UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HOFF,<br><br>        Plaintiff,<br><br>    v.<br><br>FIDELITY HEALTH PLAN,<br><br>        Defendant. | Case No. 22-cv-06226-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 13 |

The parties filed a notice that the parties reached an agreement to resolve this action and anticipate filing a dismissal within forty-five days. In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within one hundred and twenty days, with proof of service, that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated and this case shall be restored to the calendar and set for trial. If no certification is filed, after passage of one hundred and twenty days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: March 3, 2023

                                                                                                        */s/ Sallie Kim*

                                                                                                              SALLIE KIM<br>
                                                                                                              United States Magistrate Judge